IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICKEY ADKINSON,
    Plaintiff,

vs.                                  Case No.  3:11cv390/LAC/CJK

SANTA ROSA COUNTY JAIL, et al.,
    Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 14, 2012. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED for lack of subject matter jurisdiction.

3.      The clerk is directed to close the file.

DONE AND ORDERED this 14th day of June, 2012.

                              s/*L.A. Collier*
                              LACEY A. COLLIER
                              SENIOR UNITED STATES DISTRICT JUDGE

*Case No: 3:11cv390/LAC/CJK*